Núm. 1.—PUEBLO, querellante, *v.* FAJARDO SUGAR COMPANY ET ALS., querelladas.—Original. *Quo Warranto.* Enero 19, 1939.

VISTA la moción radicada por El Pueblo de Puerto Rico, querellante, en la que solicita de esta Corte Suprema se dicte una orden dirigida a The Fajardo Sugar Company of Puerto Rico, The Fajardo Sugar Growers' Association y The Loíza Sugar Company, querelladas, para que permitan al querellante hacer una inspección y que le den copia, o le permitan sacarla, de los siguientes libros, papeles y documentos, los cuales según se alega están bajo la posesión, control o custodia de dichas partes querelladas, a saber:

"(*a*) Escritura de fideicomiso otorgada el día 19 de marzo de 1919 por y entre The Greenwich Trust Company, corporación de Connecticut, y John S. Keith (quien comparece en dicha escritura como fideicomisario de The Fajardo Sugar Company of Porto Rico y con el consentimiento de The Fajardo Sugar Growers' Association) a virtud de la cual 2,999 acciones del capital social de The Fajardo Sugar Growers' Association fueron depositadas en fideicomiso en poder de la compañía de fideicomisos antedicha para que ésta reciba todos los dividendos a favor de dichas acciones y los pague a The Fajardo Sugar Company of Porto Rico para ser distribuídos *pro rata* entre sus accionistas.

"(*b*) Contrato celebrado entre The Fajardo Sugar Company of Porto Rico y The Fajardo Sugar Growers' Association fechado en marzo 27, 1923, a virtud del cual The Fajardo Sugar Growers' Association se compromete a continuar sus operaciones de siembra, cultivo y recolección de caña de azúcar y

entregarla toda, para ser molida a The Fajardo Sugar Company of Porto Rico, así como cualquier otro instrumento o instrumentos que en alguna forma modifiquen o cambien dicho contrato.

"(c) Carta del Sr. John Bass (en su carácter de vicepresidente de The Fajardo Sugar Company of Porto Rico) fechada en enero 5, 1929, dirigida a The Greenwich Trust Company, corporación de Connecticut, referente a la distribución del dividendo de The Fajardo Sugar Company of Porto Rico de febrero 1 de 1929, explicativa de cómo tal dividendo será pagado del superávit de The Fajardo Sugar Growers' Association e indicando las entradas que habrán de ser hechas en los libros en conexión con la distribución indicada.

"(d) El libro Mayor de The Fajardo Sugar Growers' Association y de este libro Mayor la cuenta o cuentas de The Fajardo Sugar Company of Porto Rico para los años 1928, 1929, 1930, 1931, 1932, 1933, 1934 y 1935.

"(e) Todos los libros auxiliares, papeles, constancias, documentos y comprobantes de las partidas de la cuenta o cuentas de The Fajardo Sugar Company of Porto Rico, en el libro Mayor de The Fajardo Sugar Growers' Association, para dichos años 1928, 1929, 1930, 1931, 1932, 1933, 1934 y 1935.

"(f) El libro Mayor de The Fajardo Sugar Company of Porto Rico y de este libro Mayor la cuenta o cuentas de The Fajardo Sugar Growers' Association para los años 1928, 1929, 1930, 1931, 1932, 1933, 1934 y 1935.

"(g) Todos los libros auxiliares, papeles, constancias, documentos y comprobantes de las partidas de la cuenta o cuentas de The Fajardo Sugar Growers' Association en el libro Mayor de The Fajardo Sugar Company of Porto Rico para los años 1928, 1929, 1930, 1931, 1932, 1933, 1934 y 1935.

"(h) El libro mayor de The Fajardo Sugar Growers' Association para los años 1923, 1924, 1925, 1926, 1927, 1928, 1929, 1930, 1931, 1932, 1933, 1934 y 1935, y de este libro Mayor la cuenta o cuentas de ganancias y pérdidas y superávits y todos los libros auxiliares, constancias, documentos y comprobantes de las partidas de dichas cuentas en el libro Mayor de The Fajardo Sugar Growers' Association.

"(i) Todas las partidas, libros, papeles, constancias, documentos y comprobantes conservados por The Fajardo Sugar Growers' Association y que indiquen el movimiento de la cuenta con The Fajardo Sugar Company of Porto Rico, así como todas las partidas, libros, papeles, constancias, documentos y comprobantes conservados por The Fajardo Sugar Company of Porto Rico y que indiquen el movimiento de la cuenta con The Fajardo Sugar Growers' Association, demostrando en cada caso las compras, liquidaciones de cañas, pagos de contribuciones, pagos de intereses, cargos hechos por The Fajardo Sugar Company of Porto Rico a The Fajardo Sugar Growers' Association así como los créditos anotados por la primera a la última, y las operaciones que dieron lugar a tales cargos y créditos, todo ello durante los años 1928, 1929, 1930, 1931, 1932, 1933, 1934 y 1935.

"(j) El libro de acciones y el de traspasos de acciones de The Fajardo Sugar Growers' Association así como el libro Mayor de The Fajardo Sugar Growers' Association por cada uno de los años durante los cuales las acciones de dicha demandada fueron emitidas, o durante los cuales se llevaron a efecto suscripciones de acciones, o durante los cuales se declararon dividendos pasivos sobre las acciones de dicha demandada, y de tal libro Mayor las partidas relativas a la emisión, disposición, suscripción o pago de cualquier dividendo

pasivo o contribución sobre las acciones de dicha demandada y, en relación con todas dichas partidas, los libros auxiliares, papeles, constancias, comprobantes y documentos.

"(k) Todos los libros de actas en que constan los procedimientos llevados a cabo por los accionistas, directores, administradores o síndicos de cualquiera de las demandadas, y, de tales libros de actas, todas las constancias relativas a la autorización o aprobación de cualquier operación llevada a cabo por cualquiera de las demandadas con, o respecto a acciones de capital, o propiedad de cualquiera otra de las demandadas.

"(l) El libro Mayor de Loíza Sugar Company y de este libro Mayor la partida o partidas relativas al traspaso de ciertos terrenos a The Fajardo Sugar Growers' Association por escritura núm. 2 otorgada en 10 de enero de 1935, ante el Notario Público, Raúl Benedicto, y, en relación con tales partidas, todos los libros auxiliares, papeles, constancias, comprobantes y documentos."

VISTA también las sendas oposiciones de las querelladas;

POR CUANTO, del estudio detenido de las alegaciones de la querella y de las negativas formuladas en las sendas contestaciones radicadas por las partes querelladas aparece, a juicio de esta Corte, que los libros, papeles y documentos cuya inspección se solicita contienen evidencia material y pertinente a los méritos de la causa de acción que se ejercita y a las controversias (issues) planteadas por las partes en este procedimiento;

POR CUANTO, de la declaración jurada por el Procurador General de Puerto Rico, anexa a la moción de inspección, aparece que los libros, papeles y documentos anteriormente relacionados están en posesión y bajo el control de las partes demandadas y no son asequibles al querellante por ningún otro conducto;

POR LO TANTO, de acuerdo con lo dispuesto en el Artículo 314 del Código de Enjuiciamiento Civil vigente se ordena a The Fajardo Sugar Company of Puerto Rico, The Fajardo Sugar Growers' Association y Loíza Sugar Company y a cada una de dichas partes querelladas en particular, que permitan que el querellante, dentro del término de treinta días contado desde la fecha de esta orden, haga una inspección de los libros, papeles y documentos anteriormente descritos y que entreguen a dicho querellante, o le permitan que haga una copia de dichos libros, papeles y documentos o de cualquiera parte de los mismos, siendo esta orden válida y obligatoria para cada una de dichas partes querelladas en cuanto a aquellos libros, papeles y documentos, de los que más arriba se describen, que estuvieren en su posesión y bajo su control, con apercibimiento de que si dichas partes querelladas o alguna de ellas se negaren a cumplir lo dispuesto en esta Orden, esta Corte podrá excluir como evidencia cualquier libro, papel o documento que no fuere presentado para

ser inspeccionado y copiado por el querellante, en el caso de que el mismo fuese ofrecido en evidencia por cualesquiera de las partes querelladas; y en el caso de que el mismo fuere necesitado como evidencia por el querellante y promovente, esta Corte presumirá que el contenido del libro, papel o documento cuya inspección se hubiera rehusado es tal como lo ha alegado el querellante;

Se apercibe además a las partes querelladas y a cada una de ellas, que el incumplimiento de esta orden podrá ser castigado como desacato.